UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Breest

    v.                                     Case No. 24-cv-405-LM-TSM

NH State Prison, Warden

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated February 23, 2026. Finding that the petitioner has failed to make substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

The § 2254 Petition (Doc. No. 1), attachments thereto, and this order, are transferred to the First Circuit Court of Appeals as an application to approve a second or successive § 2254 petition under § 2244(b)(3), as this court lacks jurisdiction to consider the Petition without such approval. In addition, Mr. Breest's pending motions (Doc. Nos. 5, 6) are denied without prejudice.

                                    _____
                                    Landya B. McCafferty
                                    United States District Judge

Date: March 23, 2026

cc:  Robert Breest, pro se